# Exhibit B

Carvana, LLC   1930 W Rio Salado Pkwy   Tempe, AZ 85281

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Aaron Thrasher | Carvana, LLC | ▮ | 02/22/2021 | 03/07/2021 | 03/12/2021 | |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,000.00 | 0.00 | 1,311.47 | 0.00 | 2,688.53 |
| YTD | 4,000.00 | 0.00 | 1,311.47 | 0.00 | 2,688.53 |

### Earnings & Reimbursements

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Severance Pay | 02/22/2021-03/07/2021 | 0 | 0 | 4,000.00 | 4,000.00 |
| Earnings & Reimbursements | | | | 4,000.00 | 4,000.00 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 248.00 | 248.00 |
| Medicare | 58.00 | 58.00 |
| Federal Withholding | 880.00 | 880.00 |
| State Tax - IN | 125.47 | 125.47 |
| Employee Taxes | 1,311.47 | 1,311.47 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,000.00 | 4,000.00 |
| Medicare - Taxable Wages | 4,000.00 | 4,000.00 |
| Federal Withholding - Taxable Wages | 4,000.00 | 4,000.00 |

| | Federal | State |
|---|---|---|
| Marital Status | ▮ | |
| Allowances | ▮ | 3 |
| Additional Withholding | ▮ | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | | 2,688.53 | USD |