Case 1:20-cv-03263-JPH-DLP Document 13 Filed 05/18/21 Page 1 of 2 PageID #: 59

FILED
05/18/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# United States District Court Southern District of Indianapolis Division

| | | |
|---|---|---|
| Aaron Thrasher | ) | No. 1:20-cv-03263-JPH-DLP |
| Plaintiff, | ) | |
| v. | ) | |
| Carvana LLC. Defendant. | ) | |

## Motion to Dismiss with Prejudice

Aaron Thrasher hereby enters motion for dismissal with prejudice.

Respectfully submitted,

Aaron Thrasher

Plaintiff

Aaron Thrasher

Plaintiff

678 N. Pendleton Ave.

Pendleton, IN 46064

## Certificate of Service

I certify that I have this 4th Day of May 2021, served a copy of the foregoing via first class, U.S. Mail, postage prepaid to the following.

Littler Mendelson, P.C.

A Professional Corporation

111 Monument Circle

Suite 702

Indianapolis, IN 46204

Aaron Thrasher

X _____